■ The People of the State of New York, Respondent, v

FELIX M. MEZQUITA, Appellant. [604 NYS2d 840] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.— Criminal Possession Weapon, 4th Degree.) Present—Pine, J. P., Fallon, Boomer, Davis and Boehm, JJ.